IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD L. WEBB, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:04-CV-2487-P |
| | § ECF |
| JO ANNE B. BARNHART, | § |
| Commissioner of Social Security | § |
| Administration, | § |
| | § |
| Defendant. | § |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted and they are adopted as the Findings and Conclusions of the Court. Accordingly, the final decision of the Commissioner is **AFFIRMED**.

Signed this 13th day of November 2006.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE